QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro *(pro hac vice forthcoming)*
  alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:   (212) 849-7000
Facsimile:   (213) 849-7100

Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Sara Pollock (Bar No. 281076)
  sarapollock@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

*Attorneys for Joby Aero, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joby Aero, Inc.,<br><br>                    Plaintiff,<br><br>      v.<br><br>Archer Aviation Inc., and<br>George Kivork,<br><br>                    Defendants. | **Case No. 25-cv-10703-SVK**<br><br>**JOBY AERO, INC.'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO N.D. CAL. CIVIL LOCAL RULE 3-15 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>**Judge:**   Hon. Susan van Keulen |

**JOBY AERO, INC.'S CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that Plaintiff Joby Aero, Inc. is not aware of any conflict, financial or otherwise, that Judge Susan van Keulen may have with any party to this litigation.

Further, and also pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Joby Aviation, Inc.

The undersigned understands that the above captioned litigation is subject to federal jurisdiction under 28 U.S.C. §§ 1331, 1367 (*see* Dkt. 1 at 1) rather than diversity jurisdiction under 28 U.S.C. § 1332(a).

**JOBY AERO, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 71.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned hereby states that Joby Aero, Inc. is wholly owned by Joby Aviation, Inc.

DATED: January 13, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Yury Kapgan
Yury Kapgan
Alex Spiro
Patrick Schmidt
Sara Pollock
Michael F. LaFond
*Attorneys for Joby Aero, Inc.*