QUINN EMANUEL URQUHART & SULLIVAN LLP
Alex Spiro (*admitted pro hac vice*)
  alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:     (212) 849-7000
Facsimile:     (213) 849-7100

Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Sara Pollock (Bar No. 281076)
  sarapollock@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100
*Attorneys for Joby Aero, Inc. and
Joby Aviation, Inc.*

GIBSON, DUNN & CRUTCHER LLP
JOSH A. KREVITT, SBN 208552
 jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (*admitted pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

ELIZABETH K. MCCLOSKEY, SBN 268184
 emccloskey@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
*Attorneys for Archer Aviation Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Joby Aero, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Archer Aviation Inc., and George Kivork, <br><br> Defendants, <br><br>Archer Aviation Inc., <br><br> Counterclaimant, <br><br> v. <br><br> Joby Aero, Inc., and Joby Aviation, Inc., <br><br> Counter-defendants. | **Case No. 5:25-cv-10703-SVK** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER AS MODIFIED REGARDING JOBY AERO, INC. AND JOBY AVIATION, INC.'S RESPONSE TO ARCHER AVIATION, INC.'S ANSWER AND COUNTERCLAIMS** <br><br> **Judge:**     Hon. Susan van Keulen |

Plaintiff Joby Aero, Inc. and Counter-Defendant Joby Aviation, Inc. (collectively "Joby") as well as Defendant and Counterclaimant Archer Aviation Inc. ("Archer" and together with Joby, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiff Joby Aero, Inc. filed a complaint initiating the above captioned litigation (the "Complaint"), which complaint was removed to federal court by Archer and George Kivork on December 16, 2025 (Dkt. 1);

WHEREAS, on March 9, 2026, Archer filed an answer to Joby Aero, Inc.'s Complaint and asserted counterclaims against Joby Aero, Inc. and Joby Aviation, Inc. (the "Answer and Counterclaims," Dkt. 38);

WHEREAS, on March 17, 2026, Archer served Joby Aviation, Inc. with the Answer and Counterclaims (Dkt. 41);

WHEREAS, to promote efficiency and reduce the number of filings, Joby Aero, Inc. and Joby Aviation, Inc. propose filing a single, consolidated response to Archer's Answer and Counterclaims, and Archer does not oppose that proposal;

WHEREAS the proposal in this stipulation shall not affect the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, it is hereby stipulated and requested, pursuant to Northern District of California Civil Local Rules 6-1 and 6-2 that Joby Aero, Inc. and Joby Aviation, Inc. shall be permitted to file a single, consolidated response to Archer's Answer and Counterclaims on April 6, 2026.

DATED: March 25, 2026          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Yury Kapgan
    Yury Kapgan
    Alex Spiro
    Patrick Schmidt
    Sara Pollock
    Michael F. LaFond

*Attorneys for Joby Aero, Inc.*
*and Joby Aviation, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING JOBY'S RESPONSE TO ARCHER'S ANSWER

GIBSON, DUNN & CRUTCHER LLP

By  /s/ James Louis Zelenay, Jr.
    Josh A. Krevitt
    Orin Snyder
    Elizabeth K. McCloskey
    James Louis Zelenay, Jr.

*Attorneys for Archer Aviation, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING JOBY'S RESPONSE TO ARCHER'S ANSWER

**[PROPOSED] ORDER AS MODIFIED**

Pursuant to the stipulation of the parties, it is SO ORDERED.  Plaintiff and Counterclaim-Defendant Joby Aero, Inc. and Counterclaim-Defendant Joby Aviation, Inc. shall be permitted to file a single, consolidated response to Defendant and Counterclaimant Archer Aviation Inc.'s Answer and Counterclaims on April 6, 2026.

**No later than seven days after the filing of the joint response,** Counterclaim-Defendant Joby Aviation, Inc. shall file a consent or declination to magistrate-judge jurisdiction.

IT IS SO ORDERED.

Dated:  <u>March 26, 2026</u>

<u>_Susan van Keulen_</u>
The Honorable Susan van Keulen
United States Magistrate Judge

CASE NO. 5:25-CV-10703-SVK
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING JOBY'S RESPONSE TO ARCHER'S ANSWER