UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joby Aero, Inc.                    ,

　　　　　Plaintiff(s),

　　　v.

Archer Aviation Inc., and
George Kivork                      ,

　　　　　Defendant(s).

Case No. 5:25-cv-10703-SVK

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin Schwartz_____, an active member in good standing of the bar of

New York_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: George Kivork_____ in the

above-entitled action. My local co-counsel in this case is Bradford K. Newman_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 178902_____.

Eversheds Sutherland (US) LLP, 1114 Avenue
of the Americas, 40th Fl., New York, NY 10036
MY ADDRESS OF RECORD

212 389 5028
MY TELEPHONE # OF RECORD

benschwartz@eversheds-sutherland.com
MY EMAIL ADDRESS OF RECORD

Eversheds Sutherland (US) LLP,  101 California
Street, Suite 4750, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415 521 1701
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bradfordnewman@eversheds-sutherland.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6293120_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/13/2026

Benjamin Schwartz
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin Schwartz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 14, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2