QUINN EMANUEL URQUHART & SULLIVAN LLP
Alex Spiro (*admitted pro hac vice*)
 alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:    (212) 849-7000
Facsimile:    (213) 849-7100

Yury Kapgan (Bar No. 218366)
 yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
 patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Sara Pollock (Bar No. 281076)
 sarapollock@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
*Attorneys for Joby Aero, Inc. and Joby Aviation, Inc.*

GIBSON, DUNN & CRUTCHER LLP
JOSH A. KREVITT, SBN 208552
 jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

JAMES L. ZELENAY JR., SBN 236339
 jzelenay@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ORIN SNYDER (*admitted pro hac vice*)
 osnyder@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

EVERSHEDS SUTHERLAND (US) LLP
BRADFORD NEWMAN, SBN 178902
bradfordnewman@eversheds-sutherland.com
PETER MEIER, SBN 179019
petermeier@eversheds-sutherland.com
101 California Street, Suite 4750 San
Francisco, California 94111-5872 Telephone:
415.521.1701 Facsimile: 415.506.4859
*Attorneys for George Kivork*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| Joby Aero, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Archer Aviation Inc., and George Kivork, <br><br> Defendants. | **Case No. 5:25-cv-10703-SVK** <br><br> **JOINT STATUS REPORT REGARDING: (1) STIPULATED ESI ORDER AND (2) ADR SELECTION** <br><br> **Judge:**    Hon. Susan van Keulen <br> **Trial Date:** Nov. 15, 2027 |

CASE NO. 5:25-CV-10703-SVK

JOINT STATUS REPORT RE STIPULATED ESI ORDER & ADR SELECTION

Archer Aviation, Inc.,

                              Counterclaimant,

          v.

Joby Aero, Inc., and Joby Aviation Inc.,

                              Counterdefendants.

JOINT STATUS REPORT RE STIPULATED ESI ORDER& ADR SELECTION

Plaintiff and Counterdefendant Joby Aero, Inc., Counterdefendant Joby Aviation, Inc. (with Joby Aero, Inc., "Joby"), Defendant and Counterclaimant Archer Aviation Inc. ("Archer"), and Defendant George Kivork ("Kivork" and, with Archer, "Defendants") jointly submit this Joint Status Report following the Court's April 14, 2026 Case Management Conference regarding:  (1) the status of the parties discussions relating to a Stipulated ESI order, and (2) the parties' ADR selection.

## 1.  **Stipulated ESI Order**

The parties have exchanged drafts of a stipulated ESI Order, exchanged correspondence regarding the same, and counsel for the parties conducted a meet and confer via videoconference to address outstanding issues.  The parties are in agreement on the terms of a stipulated ESI Order, but for one issue as to limits on the number of ESI custodians and search terms.  The parties believe this discussion will be reasonably informed by the Court's determination on the pending motions to dismiss, *see* ECF. Nos. 23, 24, and 44, as such will determine the scope of the case and matters at issue.  Accordingly, the parties respectfully request that they be allowed to provide the Court a further filing within 10 days of the Court's last in time ruling on the pending motions to dismiss (*see* ECF Nos. 23, 24, and 44), and at that time provide the Court either (i) a stipulated ESI Order or (ii) a joint brief pursuant to the Court's Standing Order on any issues remaining in dispute.

## 2.  **ADR Selection**

At the Case Management Conference on April 14, 2026, the Court requested that the parties identify an agreed-upon mediator by April 30, 2026.

While the parties previously selected private mediation, after meeting and conferring further, the parties respectfully request the Court refer this matter for a settlement conference and specifically to Magistrate Judge Virginia K. DeMarchi as the preferred selection for ADR.

If such selection is not possible or an option, the parties will continue discussions to identify an agreed-upon private mediator.

DATED: April 30, 2026  Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Yury Kapgan*
  Yury Kapgan
  Alex Spiro
  Patrick Schmidt
  Sara Pollock
  Michael F. LaFond

  *Attorneys for Plaintiff Joby Aero, Inc. and Counterdefendant Joby Aviation, Inc.*

GIBSON DUNN, LLP

By  /s/ *James L. Zelenay Jr.*
  Josh A. Krevitt
  James L. Zelenay, Jr.
  Elizabeth K. McCloskey
  Orin Snyder

  *Attorneys for Defendant Archer Aviation, Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By  /s/ *Bradford Newman*
  Bradford Newman
  Peter Meier

  *Attorneys for Defendant George Kivork*

TORRIDON LAW PLLC

By  /s/ *John M. McNichols*
  John V. Coghlan
  John M. McNichols

*Attorneys for Defendant George Kivork*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.


Dated: April 30, 2026                    By:   */s/ James L. Zelenay Jr.*