UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY AERO, INC., | Case No. 25-cv-10703-SVK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE RE ESI ORDER; REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| v. | |
| ARCHER AVIATION INC., et al., | |
| Defendants. | Re: Dkt. No. 64 |

The Court has received the Parties' Joint Status Report Regarding: (1) Stipulated ESI Order and (2) ADR Selection. Dkt. 64. For good cause shown, the Court **GRANTS** the Parties' stipulation. Within 10 days of the Court's ruling on the pending motions to dismiss (Dkts. 23, 24, 44), the Parties shall either provide the Court with a stipulated ESI order or a joint submission regarding any remaining issues pursuant to the Court's Standing Order.

Moreover, pursuant to the Parties' request, the Court **VACATES** the Parties' ADR selection of private mediation and **REFERS** the matter for a settlement conference with the Honorable Virginia K. DeMarchi. The Parties shall contact Judge DeMarchi's chambers regarding scheduling.

**SO ORDERED.**

Dated: May 4, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California