QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
  alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Sara Pollock (Bar No. 281076)
  sarapollock@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Plaintiff Joby Aero, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joby Aero, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Archer Aviation Inc., and George Kivork, <br><br> Defendants. | **Case No. 5:25-cv-10703-SVK** <br><br> **JOBY AERO, INC.'S CIVIL LOCAL RULE 79-5(f)(3) STATEMENT REGARDING ARCHER AVIATION, INC.'S ADMINISTRATIVE MOTION TO SEAL ANOTHER PARTY'S MATERIAL** <br><br> **Judge:**     Hon. Susan van Keulen |

On June 26, 2026, Defendant Archer Aviation Inc. filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with its opposition to Plaintiff Joby Aero, Inc.'s Motion to Seal Portions of the First Amended Complaint.  *See* Dkt. 77 (Joby's Motion to Seal Portions of the First Amended Complaint); Dkt. 80 (Archer's Opposition); Dkt. 81 (Archer's Motion to Consider Whether Another Party's Material Should be Sealed).

On July 1, 2026, the Court issued an Order on Joby's outstanding sealing requests, which Joby understands to have resolved the sealing dispute regarding Joby's First Amended Complaint. *See* Dkt. 85.

Pursuant to Local Rule 79-5(f)(3), and consistent with the directions in the Court's July 1 Order, Joby is filing this statement to alert the Court and the parties that it is not seeking to seal any of the material identified in Archer's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 81), which material appears to consist solely of (i) publicly available documents, and (ii) summary descriptions of those documents.

DATED: July 6, 2026          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  _/s/ Yury Kapgan_____
Yury Kapgan
Alex Spiro
Patrick Schmidt
Sara Pollock
Michael F. LaFond

*Attorneys for Plaintiff Joby Aero, Inc.*

-1-                                           CASE NO. 5:25-CV-10703-SVK
JOBY'S LOCAL RULE 79-5(F)(3) STATEMENT