QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Sara Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff and Counterclaim Defendant Joby Aero, Inc., and Counterclaim Defendant Joby Aviation, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joby Aero, Inc.,<br>Plaintiff,<br>v.<br>Archer Aviation Inc., and George Kivork,<br>Defendants.<br><br>Archer Aviation Inc.,<br>Counterclaimant,<br>v.<br>Joby Aero, Inc., and Joby Aviation, Inc.,<br>Counterclaim Defendants. | **Case No. 5:25-cv-10703-SVK**<br><br>**[PROPOSED] ORDER GRANTING JOBY AERO, INC. AND JOBY AVIATION INC.'S MOTION TO DISMISS DEFENDANT ARCHER'S AMENDED COUNTERCLAIMS**<br><br>**Judge:** Hon. Susan van Keulen<br><br>Hearing Date: September 8, 2026<br>Hearing Time: 10:00 AM<br>Hearing Location: Courtroom 6 – 4th Floor |

**[PROPOSED] ORDER**

NOW BEFORE THE COURT is Joby Aero, Inc. and Joby Aviation Inc.'s Motion to Dismiss Defendant Archer's Amended Counterclaims (the "Motion"). Having considered the Motion, and good cause having been shown, the Court GRANTS the Motion. Defendant Archer Aviation, Inc.'s amended counterclaims are DISMISSED.

IT IS SO ORDERED.

Dated: _______________

_______________________________________
The Honorable Susan van Keulen
United States Magistrate Judge