UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOBY AERO, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC., et al.,<br><br>        Defendants. | Case No.  25-cv-10703-SVK   (VKD)<br><br>**ORDER RE SETTLEMENT CONFERENCE SCHEDULING** |

On May 4, 2026, at the parties' request, the presiding judge referred this matter to the undersigned for a settlement conference.  Dkt. No. 66.  The parties have not responded to repeated requests from the undersigned's courtroom deputy regarding scheduling the settlement conference.

The parties are hereby ordered to confer regarding the dates on which they are available for a settlement conference and to email those dates to Mr. Chilton at vkdcrd@cand.uscourts.gov no later than **August 10, 2026**.

**IT IS SO ORDERED.**

Dated: August 3, 2026

Virginia K. DeMarchi
United States Magistrate Judge