QUINN EMANUEL URQUHART & SULLIVAN LLP
Alex Spiro (*admitted pro hac vice*)
alexspiro@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Sara Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
*Attorneys for Joby Aero, Inc. and Joby Aviation, Inc.*

GIBSON, DUNN & CRUTCHER LLP
JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (*admitted pro hac vice*)
osnyder@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

JAMES L. ZELENAY, JR., SBN 237339
jzelenay@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
*Attorneys for Archer Aviation Inc.*

EVERSHEDS SUTHERLAND (US) LLP
BRADFORD NEWMAN, SBN 178902
bradfordnewman@eversheds-sutherland.com
PETER MEIER, SBN 179019
petermeier@eversheds-sutherland.com
101 California Street, Suite 4750
San Francisco, California 94111-5872
Telephone: 415.521.1701
*Attorneys for George Kivork*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joby Aero, Inc.,<br>Plaintiff,<br>v.<br>Archer Aviation Inc., and George Kivork,<br>Defendants, | **Case No. 5:25-cv-10703-SVK** |
| Archer Aviation Inc.,<br>Counterclaimant,<br>v.<br>Joby Aero, Inc., and Joby Aviation, Inc.,<br>Counter-defendants. | **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINE TO COMPLETE ADR**<br><br>**Judge:** Hon. Susan van Keulen |

Plaintiff Joby Aero, Inc. and Counter-Defendant Joby Aviation, Inc. (collectively "Joby"), Defendant and Counterclaimant Archer Aviation Inc. ("Archer"), and Defendant George Kivork (together with Joby and Archer, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on April 7, 2026, the Parties submitted a Joint Case Management Statement and [Proposed] Order (the "Joint Case Management Statement"), wherein Joby proposed a deadline to complete an initial ADR session of June 5, 2026, while Archer and Mr. Kivork proposed an alternative deadline of September 10, 2026 (Dkt. 48 at p. 12);

WHEREAS, as stated in the Joint Case Management Statement, the Parties agreed to engage in private mediation as their preferred manner of ADR (Dkt. 48 at p. 12);

WHEREAS, on April 14, 2026, the Parties appeared for an Initial Case Management Conference (Dkt. 57);

WHEREAS, following the Initial Case Management Conference, the Court Ordered the Parties to complete an initial ADR session by September 10, 2026 (Dkt. 57);

WHEREAS, on April 30, 2026, and following further meet and confer, the Parties requested that, in lieu of private mediation, the Court refer this matter for a settlement conference before Magistrate Judge Virginia K. DeMarchi (Dkt. 64 at p. 3);

WHEREAS, on May 4, 2026, the Court referred this matter to Judge DeMarchi for a settlement conference (Dkt. 67);

WHEREAS, the parties have met and conferred as to the earliest available date for a settlement conference, and have determined such to be January 27 or January 28;

WHEREAS, counsel has been informed Judge DeMarchi is available for a settlement conference on January 27, 2027;

WHEREAS, the parties therefore request that the deadline to complete an initial ADR session in this matter be extended to January 27, 2027, such that the parties may conduct a settlement conference with Judge DeMarchi on that date;

WHEREAS the proposal in this stipulation shall not affect the date of any other event or any other deadline already fixed by the Court order in this matter.

NOW THEREFORE, it is hereby stipulated and requested, pursuant to Northern District of California Civil Local Rules 6-1 and 6-2 that the deadline for the Parties to complete an initial ADR session be extended to January 27, 2027 on which date the parties shall have a settlement conference with Judge DeMarchi.

DATED: August 11, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *<u>/s/ Michael F. LaFond</u>*
Yury Kapgan
Alex Spiro
Patrick Schmidt
Sara Pollock
Michael F. LaFond

*Attorneys for Joby Aero, Inc. and Joby Aviation, Inc.*

GIBSON, DUNN & CRUTCHER LLP

By *<u>/s/ James L. Zelenay, Jr.</u>*
Josh A. Krevitt
Orin Snyder
James L. Zelenay, Jr.

*Attorneys for Archer Aviation Inc.*

EVERSHEDS SUTHERLAND (US) LLP

By *<u>/s/ Brandford Newman</u>*
Bradford Newman
Peter Meier

*Attorneys for George Kivork*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: August 11, 2026 By */s/ James L. Zelenay*

James L. Zelenay

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation of the parties, it is SO ORDERED. The deadline for the Parties to complete an initial ADR session is hereby extended to January 27, 2027.

IT IS SO ORDERED.

Dated: August 11, 2026

Susan van Keulen

The Honorable Susan van Keulen
United States Magistrate Judge