JOSH KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER, *(pro hac vice)*
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4035

JAMES L. ZELENAY JR., SBN 237339
jzelenay@gibsondunn.com
MICHAEL H. DORE, SBN 227442
mdore@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant and Counterclaimant Archer Aviation Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOBY AERO, INC.,

Plaintiff,

v.

ARCHER AVIATION INC. and George Kivork,

Defendants.

---

ARCHER AVIATION INC.,

Counterclaimant,

v.

JOBY AERO, INC.
and
JOBY AVIATION, INC.,

Counter-Defendants.

Case No.: 5:25-CV-10703-SVK

**DECLARATION OF ZACH LLOYD IN SUPPORT OF ARCHER AVIATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO JOBY'S MOTION TO STRIKE AND DISMISS ARCHER'S AMENDED COUNTERCLAIMS**

**Judge**: Hon. Susan van Keulen

I, Zach Lloyd, declare and state:

1. I am an associate at Gibson, Dunn & Crutcher LLP, who is counsel of record for Defendant and Counterclaimant Archer Aviation Inc. ("Archer") in this action. I have personal knowledge of the matters stated below and, if called as a witness, could and would testify competently to them.

2. On August 14, 2026, I participated in a videoconference with counsel of record for Plaintiff and Counter-Defendants Joby Aero, Inc. and Joby Aviation, Inc. ("Joby"), including Michael LaFond. During that conference, I asked whether Joby would stipulate pursuant to Civil Local Rule 7-12 to Archer's filing of a short sur-reply addressing the argument concerning California Code of Civil Procedure § 425.17(c) that Joby raised in its Reply (Dkt. 98).

3. Counsel for Joby responded that Joby would not so stipulate and intends to oppose any motion for administrative leave filed by Archer.

4. Accordingly, no stipulation under Civil Local Rule 7-12 could be obtained.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of August, 2026, in California.

By: ______________________________
Zach Lloyd