**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

JOBY AERO, INC.,

Plaintiff,

v.

ARCHER AVIATION INC. and George Kivork,

Defendants.

---

ARCHER AVIATION INC.,

Counterclaimant,

v.

JOBY AERO, INC.
and
JOBY AVIATION, INC.,

Counter-Defendants.

Case No.: 5:25-CV-10703-SVK

**[PROPOSED] ORDER GRANTING ARCHER AVIATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO JOBY'S MOTION TO STRIKE AND DISMISS ARCHER'S AMENDED COUNTERCLAIMS**

**Judge**: Hon. Susan van Keulen

BEFORE THE COURT is Defendant and Counterclaimant Archer Aviation Inc.'s Administrative Motion for Leave to File Sur-Reply in Further Opposition to Joby Aero, Inc. and Joby Aviation, Inc.'s ("Joby") Motion to Strike and Dismiss Archer Aviation Inc.'s ("Archer") Amended Counterclaims and Joby's Opposition thereto.

The Court has considered the Administrative Motion, Joby's Opposition, all attached exhibits, and all other materials properly considered by the Court.

For good cause shown, the Administrative Motion should be granted because Archer has demonstrated that Joby's Reply in Support of its Motion to Strike and Dismiss Archer's Amended Counterclaims raised a new argument that was not raised in its Motion (Dkt. 89), and the Court finds "a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Warren v. City of Chico*, 2024 WL 4803960, at *1 (E.D. Cal. Nov. 15, 2024).

**IT IS HEREBY ORDERED** that Archer's Administrative Motion for Leave to File Sur-Reply in Further Opposition to Joby's Motion to Strike and Dismiss Archer's Amended Counterclaims is **GRANTED**.

**IT IS SO ORDERED.**

DATED: ________________________

______________________________
Hon. Susan van Keulen
United States Magistrate Judge